IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-314-GCM

| | | |
|---|---|---|
| VIPER PUBLISHING, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| HOWARD BAILEY, JR. p/k/a "Chingy" | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Paul E. Sims,** filed October 30, 2017 [doc. # 10].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Sims is admitted to appear before this court *pro hac vice* on behalf of Defendant, Howard Bailey, Jr..

**IT IS SO ORDERED.**

Signed: October 31, 2017

Graham C. Mullen
United States District Judge