**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-314-GCM**

|  |  |  |
|---|---|---|
| | ) | |
| **VIPER PUBLISHING, LLC,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **HOWARD BAILEY, JR. p/k/a "CHINGY"** | ) | |
| **Defendant.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Alan R. Friedman,** filed November 16, 2017 [doc. # 22].

      Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

      In accordance with Local Rule 83.1 (B), Mr. Friedman is hereby admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Viper Publishing, LLC.

      **IT IS SO ORDERED.**

Signed: November 17, 2017

Graham C. Mullen
United States District Judge