# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00314-GCM

| | |
|---|---|
| VIPER PUBLISHING, LLC, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| HOWARD BAILEY JR., | ) |
| Defendants. | ) |

**THIS MATTER COMES** before this Court on the Court's own Motion. Due to the pending dispositive Motions, the trial in this matter is continued. The Court will reset the trial date via later Notice.

**SO ORDERED**.

Signed: May 13, 2019

Graham C. Mullen
United States District Judge