IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00314-GCM

| | | |
|---|---|---|
| VIPER PUBLISHING, LLC, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **ORDER** |
| HOWARD BAILEY JR., | ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER CAME** before this Court for a hearing on July 16, 2019. At the hearing, the Court heard arguments regarding Plaintiff and Third-Party Defendant's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure (Doc. No. 60), Plaintiff and Third-Party Defendant's Motion for Summary Judgment (Doc. No. 64), and Defendant's Motion for Partial Summary Judgment (Doc. No. 70). For the reasons stated in open court, the Court enters the following Order:

- Plaintiff and Third-Party Defendant's Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure is **DENIED**;
- Plaintiff and Third-Party Defendant's Motion for Summary Judgment is **DENIED**;
- Defendant's Motion for Partial Summary Judgment is **DENIED**;
- Discovery in this matter is reopened until September 30, 2019 for the limited purpose of conducting discovery related to Defendant's Rule 1.9 defense;
- Trial in this matter is set for February 10, 2020.

**SO ORDERED**.

1

Signed: July 17, 2019

Graham C. Mullen
United States District Judge