IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:17-CV-314-GCM

| | |
|---|---|
| VIPER PUBLISHING, LLC, <br><br>    Plaintiff, <br><br>v. <br><br>HOWARD BAILEY, JR., P/K/A "CHINGY", <br><br>    Defendant, <br><br>LESLIE CHARLES KING II, <br><br>    Third Party Defendant. | ORDER |

**THIS MATTER** is before the Court on its own Motion. Trial is set for the January 25, 2021 term at 200 West Broad Street, Statesville, NC 28677.

**SO ORDERED**.

Signed: August 31, 2020

Graham C. Mullen
United States District Judge