# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00314-GCM

| | |
|---|---|
| VIPER PUBLISHING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HOWARD BAILEY JR., <br><br> Defendant. | **ORDER** |

**THIS MATTER** comes before the Court pursuant to its Order to Show Cause, which was filed on January 12, 2021 (ECF Doc. 123). A response having been filed, the Court, in its discretion, hereby discharges the Order to Show Cause. However, Defendant is cautioned that no Motion for Special Admission has been filed nor is the Court required to grant such motion if it is filed. Therefore, it is incumbent upon Defendant to retain local counsel as soon as possible, in accordance with this Court's Order and the Local Civil Rules.

**SO ORDERED**.

Signed: January 20, 2021

Graham C. Mullen
United States District Judge