IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00314-GCM

| | |
|---|---|
| VIPER PUBLISHING, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOWARD BAILEY JR.,<br><br>　　　　Defendant. | <br><br><br><br>**ORDER** |

**THIS MATTER** comes before the Court *sua sponte*. The trial in this matter, which is currently set for March 29, 2021, is hereby continued.

The trial is hereby **RESET** to the May 10, 2021 trial term, beginning at 10:00 AM in the Charles R. Jonas Federal Building, Courtroom #8, 401 W. Trade St. Charlotte, NC 28202 before Senior Judge Graham C. Mullen.

**SO ORDERED**.

Signed: February 8, 2021

Graham C. Mullen
United States District Judge