IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00314-GCM

| | |
|---|---|
| VIPER PUBLISHING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HOWARD BAILEY JR., <br><br> Defendant. | **ORDER** |

**THIS MATTER** comes before the Court *sua sponte*. The trial in this matter, which is currently set for May 10, 2021, is hereby continued.

The trial is hereby **RESET** to May 17, 2021, beginning at 10:00 AM in the Charles R. Jonas Federal Building, 401 W. Trade St. Charlotte, NC 28202 before Senior Judge Graham C. Mullen.

**SO ORDERED**.

Signed: March 19, 2021

Graham C. Mullen
United States District Judge