## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Civil Action No.:  3:17-cv-00314-GCM

| | |
|---|---|
| VIPER PUBLISHING, LLC,<br><br>        **Plaintiff,**<br><br>**v.**<br><br>HOWARD BAILEY, JR. p/k/a "CHINGY",<br><br>        **Defendant,**<br><br>**v.**<br><br>LESLIE CHARLES KING II,<br><br>        **Third-Party Defendant.** | **ORDER** |

**THIS MATTER** comes to the Court upon Plaintiff Viper Publishing, LLC's ("Viper") Motion to Disperse Funds Deposited with the Court ("Motion").  This Court, having considered the Motion, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS HEREBY ORDERED** that:

1.  Plaintiff Viper's Motion to Disperse Funds Deposited with the Court is **GRANTED**; and

2.  The total amount on deposit with Clerk of Court is ordered dispersed to Leslie Charles King II.

**SO ORDERED**.

Signed: June 3, 2021

_Graham C. Mullen_

Graham C. Mullen
United States District Judge