# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00314-GCM

| | |
|---|---|
| **VIPER PUBLISHING, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **HOWARD BAILEY JR.,** <br><br> Defendant. | **ORDER** |

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Award of Prejudgment and Postjudgment Interest (ECF Doc. 164), which was filed on June 17, 2021. Defendant did not file a response in opposition to the motion and the time to do so has now expired. For the reasons stated in Plaintiff's motion and the brief in support of its motion, the Court finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Award of Prejudgment and Postjudgment Interest (ECF Doc. 164) is **GRANTED**;

**IT IS FURTHER ORDERED** that the judgment entered on May 20, 2021 in favor of Plaintiff Viper shall be amended to award: (i) prejudgment interest in the amount of $27,201.45, for a total award of $180,116.76; and (ii) postjudgment interest in the amount of 0.05% from the date of entry of judgment until paid. The Clerk of Court is respectfully directed to amend the judgment according to this Order.

**SO ORDERED**.

Signed: July 12, 2021

Graham C. Mullen
United States District Judge