# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Viper Publishing, LLC**,** | ) | AMENDED JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00314-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Howard Bailey Jr.**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 13, 2021 Order.

December 5, 2022

Frank G. Johns, Clerk
United States District Court